IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNNY D. LEE                                                           PLAINTIFF

v.                          No. 4:18-cv-453-DPM

ANDREW M. SAUL, Commissioner,
Social Security Administration                                          DEFENDANT

## ORDER

The Government doesn't object to Lee's motion for an award of fees under 28 U.S.C. § 2412(d). The hours and fees are reasonable. The unopposed motion, № 17, is therefore granted. The Court awards a reasonable attorney's fee of $6,241.80, payable directly to Lee. *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010). The check should be mailed to Lee's lawyer.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2019